113 A.3d 1215

IN THE MATTER OF CONNIE MCGHEE, AN ATTORNEY
AT LAW (ATTORNEY NO. 008081982).

May 20, 2015.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 14–219, concluding that **CONNIE MCGHEE** of **NEWARK,** who was admitted to the bar of this State in 1982, should be censured for violating *RPC* 1.1(a) (gross neglect), *RPC* 1.3 (lack of diligence), *RPC* 1.4(b) (failure to communicate with client), and *RPC* 1.4(c) (failure to keep client reasonably informed about the status of the matter);

And the Disciplinary Review Board having further concluded that respondent should be required to refund the sum of $12,268 in the *DeVoses* matter;

And good cause appearing;

It is ORDERED that **CONNIE MCGHEE** is hereby censured; and it is further

ORDERED that respondent shall refund the sum of $12,268 in the *Devoses* matter within sixty days after the filing date of this Court's Order; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.